JOSEPH W. MAHON, Jr., *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. AMERICAN CASUALTY COMPANY, DEFEND-ANT-PETITIONER.

See same case below: 65 *N. J. Super.* 148.

*Messrs. Carpenter, Bennett & Morrissey, Mr. Richard H. Hughes* and *Mr. N. Louis Paladeau* for the petitioner.

*Messrs. Hayden & Gillen* for the respondent.

April 10, 1961. Denied. The case is controlled by *Kievit v. Loyal Protective Life Insurance Company,* 34 *N. J.* 475, decided this day.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANTHONY JOSEPH FIORELLO, DEFENDANT-RESPOND-ENT.

*Mr. Arthur S. Meredith* and *Mr. Michael R. Imbriani* for the petitioner.

*Messrs. Ryan, Saros, Davis & Stone* for the respondent.

May 1, 1961. Granted.